AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ District of _____

MICHAEL A. SUBENKO,

Plaintiff

v.

FRANK MONDANO,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __MICHAEL A. SUBENKO__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __M.C.I. NORFOLK__

    Are you employed at the institution? __NO__   Do you receive any payment from the __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?    ☐ Yes    ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    __J.B.C.C., 2-10-03, $2.50 A DAY to 5-22-03, SHIRLY MA 01464__

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    ☐ Yes    ☒ No
    b.  Rent payments, interest or dividends             ☐ Yes    ☒ No
    c.  Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d.  Disability or workers compensation payments      ☐ Yes    ☒ No
    e.  Gifts or inheritances                            ☐ Yes    ☒ No
    f.  Any other sources                                ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL A. SUBENKO,                 CIVIL ACTION NO:
       PLAINTIFF,

VS.

FRANK MONDANO,
       DEFENDANT.

### PLAINTIFF'S MOTION TO WAIVE FILING FEE'S AND COSTS PURSUANT TO: BURNS V. OHIO, 360, U.S. 252, 257-258, 79 S.CT. 1164, 1168, 1169, 3, L.Ed. 2d. 1209 (1959).

COMES NOW THE PLAINTIFF(S), MICHAEL A. SUBENKO, PRO-SE, IN THE ABOVE-CAPTIONED MATTER AND RESPECTFULLY MOVES THIS HONORABLE COURT TO WAIVE ALL FILING FEE'S AND COSTS, FOR PLAINTIFF PURSUANT TO BURNS V. OHIO, 360, U.S. 252, 257-258, 79 S.CT. 1164, 1168, -1169, 3, L.Ed. 2d. 1209, (1959)(REQUIRING STATES TO WAIVE FILING FEE'S FOR INDIGENT PRISONER'S, IT ALSO PROTECTS AN INMATES RIGHTS TO FILE COMPLAINT, WHETHER MERIT-ORIOUS OR, NOT.

PLAINTIFF(S), ATTACHES HERETO HIS APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEE'S AND AFFIDAVIT. ATTACHED HERETO A COPY OF HIS INMATE TRANSACTION REPORT FROM. M.C.I. NORFOLK, FOR (6) SIX MONTHS.

DATED: January 26, 2004        RESPECTFULLY SUBMITTED:
                                _Michael Subenko_ W-65867
                                MICHAEL A. SUBENKO. W-65867,
PROOF OF SERVICE                M.C.I. NORFOLK, SMU, CELL, 335,
                                P.O. BOX 43,
MICHAEL A. SUBENKO, STATES      NORFOLK, MA, 02056-0043.
UNDER THE PENALTY OF PERJURY
THAT ON: January 26, 2004, HE MAILED A TRUE COPY OF THE ABOVE DOCUMENT TO UNITED STATES DISTRICT COURT, CIVIL CLERK, COURTHOUSE WAY, STE. 2300, BOSTON MA 02210, BY PLACING IN AN ENVELOPE AND PLACED IN THE LEGAL MAILBOX AT: M.C.I. NORFOLK, STATE PRISON.
                                _Michael Subenko_
                                MICHAEL A. SUBENKO.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :   20031204 13:19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit# : | W65867 | | | MCI NORFOLK | | | Page : 1 |
| Name : | SUBENKO, MICHAEL, A, | | | Statement From 20030626 | | | |
| Inst : | MCI NORFOLK | | | To   20031126 | | | |
| Block : | SFU3 | | | | | | |
| Cell/Bed : | 342 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $1,247.06 | $1,201.60 | $205.66 | $102.76 |
| 20030626 07:30 | CN - Canteen | 1315170 | | NOR | Canteen Date : 20030626 | $0.00 | $42.71 | $0.00 | $0.00 |
| 20030704 09:40 | CN - Canteen | 1343801 | | NOR | Canteen Date : 20030704 | $0.00 | $2.60 | $0.00 | $0.00 |
| 20030707 14:39 | CI - Transfer from Club to Inmate A/c | 1346040 | | NOR | MONEY SUBENKO,MICHAEL A  PERSONAL RUN WASH ACCOUNT - 25 | $5.10 | $0.00 | $0.00 | $0.00 |
| 20030709 14:09 | ML - Mail | 1346914 | | NOR | ~LAURIE SUBENKO | $60.00 | $0.00 | $0.00 | $0.00 |
| 20030715 10:11 | IS - Interest | 1360891 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030715 10:11 | IS - Interest | 1360892 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20030717 07:38 | CN - Canteen | 1386129 | | NOR | Canteen Date : 20030717 | $0.00 | $55.65 | $0.00 | $0.00 |
| 20030730 12:28 | ML - Mail | 1401719 | | NOR | ~BEVERLY SUBENKO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030807 07:30 | CN - Canteen | 1416270 | | NOR | Canteen Date : 20030807 | $0.00 | $36.55 | $0.00 | $0.00 |
| 20030810 11:04 | ML - Mail | 1421327 | | NOR | ~L SUBENKO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030821 07:40 | CN - Canteen | 1440401 | | NOR | Canteen Date : 20030821 | $0.00 | $26.87 | $0.00 | $0.00 |
| 20030827 13:25 | ML - Mail | 1470590 | | NOR | ~LAURIE SUBENKO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030904 07:40 | CN - Canteen | 1473893 | | NOR | Canteen Date : 20030904 | $0.00 | $2.10 | $0.00 | $0.00 |
| 20030910 11:17 | ML - Mail | 1493720 | | NOR | ~LAURIE SUBENKO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030915 15:20 | IS - Interest | 1509413 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030915 15:20 | IS - Interest | 1509414 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20030918 07:40 | CN - Canteen | 1516209 | | NOR | Canteen Date : 20030918 | $0.00 | $55.16 | $0.00 | $0.00 |
| 20030923 14:19 | ML - Mail | 1520395 | | NOR | ~LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031004 12:41 | CN - Canteen | 1545309 | | NOR | Canteen Date : 20031004 | $0.00 | $34.63 | $0.00 | $0.00 |
| 20031008 14:15 | ML - Mail | 1556470 | | NOR | ~LAURIE SUBENKO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20031021 20:30 | CN - Canteen | 1575450 | | NOR | Canteen Date : 20031021 | $0.00 | $40.22 | $0.00 | $0.00 |
| 20031026 13:44 | ML - Mail | 1587241 | | NOR | ~LAURIE SUBENKO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031030 07:40 | CN - Canteen | 1603362 | | NOR | Canteen Date : 20031030 | $0.00 | $79.81 | $0.00 | $0.00 |
| 20031104 11:10 | ML - Mail | 1613073 | | NOR | ~LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031106 07:41 | CN - Canteen | 1650743 | | NOR | Canteen Date : 20031106 | $0.00 | $17.36 | $0.00 | $0.00 |
| 20031015 12:25 | IS - Interest | 1642202 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031015 14:53 | IS - Interest | 1642596 | | NOR | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20031117 07:41 | CN - Canteen | 1676162 | | NOR | Canteen Date : 20031117 | $0.00 | $2.28 | $0.00 | $0.00 |
| 20031121 12:25 | ML - Mail | 1679303 | | NOR | ~LAURIE SUBENKO | $10.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031204 13:19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | 96?86? | | | MCI NORFOLK | | | | Page : 2 |
| Name : | SUBENKO, MICHAEL, A, | | | Statement From | 20030626 | | | |
| Inst : | MCI NORFOLK | | | To | 20031126 | | | |
| Block : | 9W0 | | | | | | | |
| Cell/Bed : | 332 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | IC - Transfer from Inmate to Club A/c | 1680363 | | NOR | ~INMATE RESTITUTION 742 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20030710 13:19 | ML - Mail | 1702103 | | NOR | ~LAURIE SUBENKO | $125.00 | $0.00 | $0.00 | $0.00 |
| | CN - Canteen | 1703518 | | NOR | ~Canteen Date : 20030711 | $0.00 | $47.47 | $0.00 | $0.00 |
| | CN - Canteen | 1732114 | | LOS | ~Canteen Date : 20030718 | $0.00 | $41.33 | $0.00 | $0.00 |
| | ML - Mail | 1737455 | | NOR | ~LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030729 13:23 | CN - Canteen | 1762729 | | NOR | ~Canteen Date : 20030725 | $0.00 | $45.27 | $0.00 | $0.00 |
| | ML - Mail | 1773070 | | NOR | ~LAURIE SUBENKO | $25.00 | $0.00 | $0.00 | $0.00 |
| | IS - Interest | 1,6200 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| | IS - Interest | 1782012 | | NOR | | $0.00 | $0.00 | $0.12 | $0.00 |
| | CN - Canteen | 1806073 | | NOR | ~Canteen Date : 20030822 | $0.00 | $59.11 | $0.00 | $0.00 |
| | ML - Mail | 1828041 | | NOR | ~LAURIE SUBENKO | $25.00 | $0.00 | $0.00 | $0.00 |
| | CN - Canteen | 1835454 | | NOR | ~Canteen Date : 20030905 | $0.00 | $38.01 | $0.00 | $0.00 |
| 20030919 14:28 | ML - Mail | 1849526 | | NOR | ~LAURIE SUBENKO | $60.00 | $0.00 | $0.00 | $0.00 |
| | CN - Canteen | 1867066 | | NOR | ~Canteen Date : 20030919 | $0.00 | $48.91 | $0.00 | $0.00 |
| | IC - Transfer from Inmate to Club A/c | 1872815 | | NOR | ~HAIRCUT REVENUE - 23 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20031023 14:30 | ML - Mail | 1874766 | | NOR | ~LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| | CN - Canteen | 1891024 | | NOR | ~Canteen Date : 20031017 | $0.00 | $29.44 | $0.00 | $0.00 |
| | IS - Interest | 1927764 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| | IS - Interest | 1927764 | | LOS | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20031119 13:43 | ML - Mail | 1961129 | | NOR | ~LAURIE SUBENKO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031120 14:15 | ML - Mail | 1961370 | | NOR | ~EDGAR E SUBENKO | $10.00 | $0.00 | $0.00 | $0.00 |
| | CN - Canteen | 1969287 | | NOR | ~Canteen Date : 20031120 | $0.00 | $22.36 | $0.00 | $0.00 |
| | | | | | | $670.20 | $656.01 | $0.63 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $37.70 | $103.53 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date :   20031204 13:19

Commit# :   W65907                                              MCI NORFOLK                        Page : 3
Name    :   SURENKO, MICHAEL, A.           Statement From  20030626
Inst    :   MCI NORFOLK                              To    20041126
Block   :   SMU
Cell/Bed :   

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|----------|---------|--------|------|-------------|----------|