# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

MICHAEL A. SUBENKO,
    PLAINTIFF,

VS.

FRANK MONDANO,
    DEFENDANT(S).

## MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF, HEREBY MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THE ABOVE-ENTITLED ACTION. AS GROUNDS THEREFORE, PLAINTIFF STATES THAT HE IS INDIGENT, HAS FILED AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEE'S AND AFFIDAVIT, IS CURRENTLY CONFINED IN A SEGREGATION-UNIT, AT M.C.I. NORFOLK, SMU, Cell 332, P.O. BOX 43, 2 CLARK STREET, NORFOLK, MASSACHUSETTS 02056-0043, AND IS UNABLE TO AFFORD PRIVATE COUNSEL.

DATED: January 26, 2004    RESPECTFULLY SUBMITTED,

    *Michael Subenko*
    MICHAEL A. SUBENKO, W-65867
    M.C.I. NORFOLK, SMU, Cell 332
    P.O. BOX 43, 2 CLARK STREET
    NORFOLK, MA 02056-0043.

## PROOF OF SERVICE

MICHAEL A. SUBENKO, STATES UNDER THE PENALTY OF PERJURY THAT ON: January 26, 2004, HE MAILED A TRUE COPY OF THE ABOVE DOCUMENT TO: UNITED STATES DISTRICT COURT % CIVIL CLERK, 1 COURTHOUSE WAY, STE. 2300, BOSTON, MA 02210, BY PLACING IN AN ENVELOPE AND PLACED IN THE LEGAL MAIL BOX AT: M.C.I. NORFOLK, STATE PRISON.

    *Michael Subenko*
    MICHAEL A. SUBENKO,