UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL A. SUBENKO,
    PLAINTIFF      CIVIL ACTION NO:

VS.

FRANK MONDANO,
    DEFENDANT(S).

## MOTION OF PLAINTIFF FOR SERVICE BY THE UNITED STATES MARSHAL SERVICES

PLAINTIFF, HEREBY MOVES THIS COURT IN ORDER THAT SERVICE OF COMPLAINT BE EFFECTED BY SERVICE BY THE UNITED STATES MARSHAL SERVICES, AS GROUND'S THEREFORE, PLAINTIFF STATES THAT HE IS A PRISONER CURRENTLY CONFINED IN A SEGREGATION UNIT AT, M.C.I. NORFOLK, P.O. BOX, 43, 2 CLARK STREET, NORFOLK, MASSACHUSETTS, 02056-0043, AND IS INDIGENT AS DEMONSTRATED BY THE ATTACHED AND ENCLOSED AFFIDAVIT OF INDIGENT. IN THE ALTERNATIVE, PLAINTIFF REQUESTS THAT SERVICE BE EFFECTED BY UNITED STATES MARSHAL SERVICES.

DATED: January 26, 2004     RESPECTFULLY SUBMITTED,

*Michael Subenko* W65867
MICHAEL A. SUBENKO, W-65867
M.C.I. NORFOLK, SMU-CELL 332,
P.O. BOX 43, 2 CLARK STREET,
NORFOLK, MA, 02056-0043.

## PROOF OF SERVICE

MICHAEL A. SUBENKO, STATES UNDER THE PENALTIES OF PERJURY THAT ON: January 26, 2004, HE MAILED THE ABOVE DOCUMENT TO: UNITED STATES DISTRICT COURT C/O CIVIL CLERK, 1 COURTHOUSE WAY, STE 2300, BOSTON, MA, 02210, BY PLACING IN AN ENVELOPE AND PLACED IN THE LEGAL MAILBOX AT M.C.I. NORFOLK STATE PRISON.

*Michael Subenko*
MICHAEL A. SUBENKO