# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

MICHAEL A. SUBENKO,  
PLAINTIFF,

CIVIL ACTION,  
NO: 04-10227-PBS

VS.

FRANK MONDANO,  
DEFENDANTS.

## COMPLAINT

### PARTIES.

1. THE PLAINTIFF, MICHAEL A. SUBENKO, IS A RESIDENT OF, M.C.I. NORFOLK, 2 CLARK STREET, P.O. BOX 43, NORFOLK, MASSACHUSETTS, 02056-0043, AND A CITIZEN OF THE COMMONWEALTH OF MASSACHUSETTS AND CITIZEN OF THE UNITED STATES.

2. THE DEFENDANT, FRANK MONDANO, WHO IS ATTORNEY OF BALLIRO AND MONDANO, 99 SUMMER STREET, BOSTON, MASSACHUSETTS, 02110, AND A CITIZEN OF THE COMMONWEALTH OF MASSACHUSETTS, AND CITIZEN OF THE UNITED STATES.

### JURISDICTION

3. THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO: 28 U.S.C. § 1332 AND § 1334, AND § 1343. THE PLAINTIFF FURTHER INVOKES THE PENDENT JURISDICTION OF THIS COURT TO CONSIDER THE CAUSES OF ACTION ARISING UNDER STATE LAW SOUNDING IN TORT.

4. THERE EXISTS BETWEEN THE PARTIES AN ACTUAL CONTROVERSY JUSTICIABLE IN NATURE.

1.

5. THE MATTER IN CONTROVERSY EXCEED TEN THOUSAND ($10,000.00), EXCLUSIVE OF INTERESTS AND COSTS. PLAINTIFF SEEKS, INTER ALIA, A DECLARATION OF RIGHTS UNDER 28, U.S.C. § 2201.

## FACTS

6. ON, MARCH 30, 1998, FRANK MONDANA AND BEVERLY SUBENKO, ENTERED INTO A CONTRACT WITH THE PLAINTIFF, WHEREBY MONDANO AGREED TO REPRESENT, MICHAEL A. SUBENKO, IN A CRIMINAL MATTER.

7. ON, MARCH 26, 1998, FRANK MONDANO CLAIMS HE INTERVIEW MICHAEL A. SUBENKO, FOR TWO HOURS. IN TRUTH, ATTORNEY, MONDANO, ONLY SEEN THE PLAINTIFF FOR, 30 MINUTES.

8. ON MARCH 26, 1998, ATTORNEY MONDANO, INFORMED THE PLAINTIFF, HE WAS NOT ENTITLED TO ANY COMPETENCY EXAMINATION, TO STAND TRIAL, UNDER MASS.GEN. LAW, CH. 123 SEC. 15--19.

9. THE PLAINTIFF ASSERTS THAT DEFENDANT PROVIDED NO INVESTIGATION ON THE PLAINTIFF'S DEFENSE.

10. PLAINTIFF'S RECORD'S WHICH ATTORNEY, MONDANO FAILED TO OBTAIN IN NON-INVESTIGATION, ON, FEBUARY 9, 1993 AND FEBUARY 10, 1993, PLAINTIFF WAS GIVEN PSYCHOLOGICAL ASSESSMENT, WHICH STATED PSYCHOLOGICAL DISABILITY.

11. ON JANUARY 4, 1999, ATTORNEY, MONDANO, FAILED TO INFORM THE JUDGE OF BROCKTON SUPERIOR CRIMINAL COURT OF HIS

RESERVATIONS ON HIS CLIENTS COMPETENCY.

12. ON JANUARY 4, 1999, ATTORNEY, MONDANO BRING THE PLAINTIFF TO TRIAL, KNOWING THAT PLAINTIFF WAS UNABLE TO UNDERSTAND THE PROCEEDINGS BEFORE HIM.

13. DUE TO ATTORNEY MONDANO TAKING FUNDS FOR LEGAL SERVICE'S NEVER PROVIDED. PLUS, MONDANO, OVER CHARGED FOR HOUR'S ATTORNEY NEVER SPEND WITH THE PLAINTIFF.

14. WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT AGAINST THE DEFENDANT FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT DEEMS JUST.

15. PLAINTIFF DEMANDS JUDGMENT OF $10,000.00, DOLLARS, TEN THOUSAND DOLLARS BE ENTERED AGAINST THE DEFENDANT.

16. THE PLAINTIFF WANTS A TRIAL BY-JURY.

17. THE PLAINTIFF DEMANDS A TRIAL BY-JURY.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF January 2004.

RESPECTFULLY SUBMITTED BY PLAINTIFF, PRO-SE.

*Michael Sulenko*   W-65867
MICHAEL A. SUBENKO-W65867.
M.C.I. NORFOLK, SMU, CELL 332.
P.O. BOX 43, 2 CLARK STREET.
NORFOLK, MA. 02056-0043.

3.

## CERTIFICATE OF SERVICE

I, MICHAEL A. SUBENKO, HEREBY CERTIFY THAT ON THIS DATE A TRUE COPY OF THE ABOVE, COMPLAINT, SUMMONS, AND CIVIL ACTION COVER SHEET, WAS SERVED BY MAILING, U.S. MARSHAL SERVICES UPON: FRANK MONDANO, 99 SUMMER STREET, BOSTON, MASSACHUSETTS, 02110, ON: January 26, 2004

*Michael Subenko*
MICHAEL A. SUBENKO, W-GS867
M.C.I. NORFOLK, SMU, CW 332,
P.O. BOX 43, 2 CLARK STREET,
NORFOLK, MA. 02056-0043.

4.