UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL A. SUBENKO,
        Plaintiff,

                                      Civil Action No.  04-10227-PBS

        v.

FRANK MONDANO,
        Defendant.

## ORDER OF DISMISSAL

SARIS, D.J.

    In accordance with this Court's order dated July 16, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                    By the Court,

                                                    s/ Marjorie E. Lanier
                                                    Deputy Clerk

Date  7/16/04

(Subenko Notice of Dismissal Form.wpd - 12/98)
      [odism.]